IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR16-00855-TUC-RCC(BGM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Alfredo Enos Landeros, ) | |
| Defendant. ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 41), and the objections filed by the parties thereto,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motions pursuant thereto.

DATED this 21st day of February, 2017.

Raner C. Collins
Chief United States District Judge